UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 8:20-cr-243-CEH-AEP

ONEIL HARVEY HODGSON MOSES
_____/

### SENTENCING MEMORANDUM

The Defendant, Mr. Oneil Harvey Hodgson Moses ("Mr. Hodgson Moses"), by and through his undersigned attorney, Mr. Adam J. Nate, pursuant to 18 U.S.C. §§ 3553 and 3551, files this memorandum in support of his request for the following sentence: seventy (70) months imprisonment, followed by a five-year term of supervised release.

The bases for Mr. Hodgson Moses' requested sentence are (1) his tumultuous and impoverished upbringing that lacked significant financial opportunities (at least partially due to the foreign policy of the United States in and around Latin America during his life), (2) the non-violent nature of his offense, (3) Mr. Hodgson Moses' cooperation and assistance, and (4) his almost-certain deportation after serving his prison sentence which will adequately protect American society from future criminal activity. In addition, there is no reliable, credible, and consistent evidence that a prison sentence lengthier than the one requested will serve to deter any individual similarly-situated to Mr. Hodgson Moses' from engaging in similar criminal activity.

1

**WHEREFORE**, the Defendant, Mr. Hodgson Moses, respectfully requests a sentence of seventy (70) months imprisonment, followed by a five-year term of supervised release.

Respectfully submitted this 12th day of April, 2021.

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

**/s/ *Adam J. Nate***

Adam J. Nate
Florida Bar No.0077004
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida  33602
Telephone:  (813) 228-2715
E-mail:       Adam_Nate@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system to the Clerk of the Court, which will send notice of the electronic filing to the following:

Mr. Daniel Michael Baeza, Assistant United States Attorney

**/s/ *Adam J. Nate***

Adam J. Nate
Assistant Federal Defender